UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **REIGNTEK IP LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**MICROSOFT CORPORATION,**<br><br>    Defendant. | No. 5:18-cv-00112-JRG |

## ORDER

Before the Court is Plaintiff Reigntek IP LLC's Notice of Dismissal (the "Notice"). (Dkt. No. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses all claims asserted against Defendant Microsoft Corporation.

In light of this Notice, it is hereby **ORDERED** that Plaintiff Reigntek IP LLC's action against Defendant Microsoft Corporation is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all costs, attorneys' fees, and expenses shall be borne by the party that incurred them. All pending requests for relief not previously addressed by the Court are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above-captioned case.

So ORDERED and SIGNED this 19th day of December, 2018.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE